IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION


**BRANDEN COPELAND**                                                                                         **PLAINTIFF**

V.                               **CASE NO. 3:11CV00230 JMM**

**RANDOLPH COUNTY, ARKANSAS, ET AL.**                                    **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that Plaintiff's complaint is dismissed.

**IT IS SO ORDERED THIS   15   day of   November  , 2011.**


_[signature]_
**James M. Moody**
**United States District Judge**