IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**BRANDEN COPELAND**                                                                                       **PLAINTIFF**

V.                            **CASE NO.  3:11CV00230 JMM**

**RANDOLPH COUNTY, ARKANSAS, ET AL.**                              **DEFENDANTS**

**JUDGMENT**

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that Plaintiff's complaint is dismissed.

**IT IS SO ORDERED THIS   15    day of   November   , 2011.**

                                                                    **James M. Moody**
                                                                    **United States District Judge**